1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   ~~OAKLAND DIVISION~~
                     SAN FRANCISCO DIVISION

11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 15-01594 LB |
| Petitioner, | ) ) | [~~Proposed~~] ORDER TO SHOW CAUSE RE |
| v. | ) ) | ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS |
| GWENDOLYN ROWE, | ) ) | |
| Respondent. | ) ) | |

17    Good cause having been shown by the petitioner upon its petition filed in the above-entitled

18 proceeding on ___April 8___, 2015, it is hereby:

19    ORDERED that respondent GWENDOLYN ROWE appear before this Court on the 28th day of
   May, 28, 2015 at 9:30 a.m. 15th Floor, Courtroom C, 450 Golden Gate Avenue, San Francisco, CA
20 , 2015, at _9:30 a.m_ in ~~Courtroom No. 1, 4th Floor, United States District Court, 1301 Clay Street,~~

21 ~~Oakland~~, California, and then and there show cause, if any, why respondent should not be compelled to

22 appear and provide documents and testimony as required by the summons heretofore served upon

23 respondent as alleged and set forth in particular in said petition; and it is further

24    ORDERED that a copy of this Order to Show Cause, together with a copy of the aforesaid

25 petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil

26 Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is

27 further:

28 //

1     ORDERED that within twenty-one (21) days before the return date of this Order, respondents may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desire to make, that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

    ORDERED this __14th__ day of __April_____, 2015, at ~~Oakland, California~~. San Francisco, California

_____
UNITED STATES MAGISTRATE JUDGE

US v. ROWE
No. CV-
[~~PROPOSED~~] ORDER TO SHOW CAUSE

2